Mitchell Pomeance
#07A4715
Cape Vincent Correctional Facility
Rte 12E, P.O. Box 739
Cape Vincent, N.Y.
13618

United States District Court
Southern District of New York
500 Peal Street
New York, N.Y.

October 27, 2015

Re: United States v. Pomerance (Mitchell)
Criminal No. _____

Dear Clerk:

    Please be advised that I am aware of a Detainer Warrant that was lodged against me in relation to my violating the conditions of my federal supervised release. This Detainer was lodged in 2007 I understand, and during my period of incarceration, from 2007 thereon, I have seen numerous other State inmates being writed from here to Federal custody **for the sole purpose of violation proceedings.**

    In fact, this is what prompted my instant letter/ Request for Disposition, **notwithstanding** my **lack** of Speedy Trial rights in relation to violations.

    I have written to my former federal attorney, who I understand retired (Mr. John Curley, Esquire), and in face, I did not receive **any** reply from the Federal Defenders, which rather suprised me. I nevertheless wish to have this violation prosecuted in order that I may petition my Honorable Judge to run the time concurrent, which is in his discretion.

    During this time period of my State incarceration, 11-years to be exact, I have endeavored to "do the right thing", and though I did in fact hit some small hills, overall, I feel that I have done well with respect to my programss that I have successfully completed.

*[signature]*

      If there is anything to do in my case, please inform me at your earliest conveience, and I will do whatever it is that is necessary.

      I thank you in advance for your time and look forward to hearing back from you.

                                                  Respectfully,

                                                Mitchell Pomerance
                                                #07A4715

C.C. File;

    David Brietbart, Esquire;