UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007

LOUIS L. STANTON
UNITED STATES DISTRICT JUDGE



February 5, 2018

Mr. Mitchell Pomerance
DIN: 07A4715, S Block
Greene Correctional Facility
P.O. Box 975
Coxsackie, New York 12051-0975

Re:  United States v. Mitchell Pomerance, 95 Cr. 0721 (LLS)

Dear Mr. Pomerance:

    I am writing you at the direction of Judge Stanton, in response to your letter dated January 27, 2018, which requests that Judge Stanton order the Department of Probation to call and inform your counselor at Greene Correctional Facility of the halfway house you report to on February 15, 2018.

    I spoke with Margaret Carroll, your Probation Officer at the U.S. Probation Department for the Southern District New York. Ms. Carroll informed me that she has made arrangements for you to report to a residential facility in the Bronx upon your release from Greene Correctional Facility on February 15, 2018. Ms. Carroll also informed me that she has mailed a letter to you and your counsel, which provides the residential facility's location and explains that you are responsible for reporting to that residential facility. I understand that Greene Correctional Facility will provide you with a bus ticket to New York City upon your release.

February 5, 2018
Page 2


                                    Yours truly,

                                    /s/ Michele L. Aronson

                                    Michele L. Aronson
                                    Law Clerk


cc (via ECF):        Noah Falk, Esq.
                     Attorney for the United States

cc (via ECF):        Jennifer Brown, Esq.
                     Attorney for Defendant

cc (via email):      Ms. Margaret Carroll
                     USPO Spec.
                     United States Probation Office -
                     Southern District of New York